```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X

J & J Sports Productions, Inc.,

                    Plaintiff,          CV-06-1119 (CPS)

        - against -                     ORDER

Sherrill N. Benson and Oscar Melvin,
Individually and as officers, directors,
shareholders and/or principals of Abel,
Graham & Associates, Inc. d/b/a Take 2
Bar & Grill, and Abel, Graham &
Associates, Inc. d/b/a Take 2 Bar &
Grill,

                    Defendants.

------------------------------------X
```

No objections to the Report and Recommendation of Magistrate Judge Matsumoto dated March 12, 2007, having been filed by the parties, the Report and Recommendation is hereby adopted. The plaintiff is directed to submit to the court by April 11, 2007, a revised proposed judgment consistent with Magistrate Judge Matsumoto's Report and Recommendation.

The Clerk is directed to transmit a copy of the within to all parties and to the magistrate judge.

SO ORDERED.

Dated : Brooklyn, New York
        March 27, 2007

                    By: /s/ Charles P. Sifton (electronically signed)
                                United States District Judge